```
                    FILED
           CLERK, U.S. DISTRICT COURT

                  MAY - 2 2014

           CENTRAL DISTRICT OF CALIFORNIA
           BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>Sergio Martinez,<br><br>              Defendant. | CR 09-827-MMM<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//
//

1     The court concludes:
2  A.   ( )   Defendant poses a risk to the safety of other persons or the community
3             because defendant has not demonstrated by clear and convincing
4             evidence that:
5             _____
6             _____
7             _____
8             _____
9
10 (B)   (✓)  Defendant is a flight risk because defendant has not shown by clear
11            and convincing evidence that:
12            Defendant will appear for future court appearance given
13            his undocumented status, an outstanding warrant for
14            arrest issued in Portland, Oregon in march 2008, unknown
15            community ties, residence, employment and lack of available
16            bail resources.
17     IT IS ORDERED that defendant be detained.
18
19 DATED: 5-2-14
20
21
22
23                                    _____
                                      ALKA SAGAR
24                                    UNITED STATES MAGISTRATE JUDGE
25
26
27
28